PMC/vd 2013R_____

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

2013 FEB 19  P 3: 15

CLERK'S OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. JKB-13-0065 |
| | * | |
| PHILIP MAYO, | * | (Conspiracy, 18 U.S.C. § 371) |
| | * | |
| Defendant. | * | |
| | * | |

\*\*\*\*\*\*\*

## INFORMATION

The United States Attorney for the District of Maryland and the Assistant Attorney

General for the Civil Rights Division of the United States Department of Justice charge that:

### COUNT ONE

#### Defendant and Other Entities

At all times material herein:

1.      Roxbury Correctional Institution was a facility of the Maryland Department of Public

Safety and Correctional Services.

2.      Defendant **PHILIP MAYO** was a Correctional Officer at Roxbury Correctional

Institution in Hagerstown, Maryland, in the District of Maryland.

3.      KD was an inmate at Roxbury Correctional Institution.

4.      Defendant **MAYO** was on duty as an officer at Roxbury Correctional Institution from 11

p.m. on March 8, 2008, until 7 a.m. on March 9, 2008.

5.      On or about March 8, 2008, at the start of the 11 p.m. to 7 a.m. shift, a Roxbury

Correctional Institution supervisor announced at roll call that inmate KD had assaulted an officer,

and that inmate KD had been moved to a cell in the Administrative Segregation Intake Area,

commonly referred to as ASIA.

## The Charge

6.      On or about March 8-9, 2008, at Roxbury Correctional Institution, in the District of

Maryland, the defendant

### PHILIP MAYO,

willfully combined, conspired, and agreed with other officers at Roxbury Correctional Institution

to commit offenses against the United States; that is, to inflict cruel and unusual punishment on

inmate KD by maliciously and sadistically beating inmate KD in violation of 18 U.S.C. § 242.

## Object and Manner and Means of the Conspiracy

7.      It was the plan and purpose of the conspiracy that the defendant and his co-conspirators

would beat inmate KD for the sole purpose of punishing KD for a prior assault on another

Roxbury Correctional Institution officer.

## Overt Acts

8.      In furtherance of the conspiracy, and to effect the objects thereof, defendant **MAYO** and

his co-conspirators committed the following overt acts, among others, in the District of

Maryland:

9.      On or about March 8-9, 2008, defendant **MAYO** and other Roxbury Correctional

Institution officers met in ASIA and discussed assaulting inmate KD.  Prior to that day,

defendant **MAYO** had learned, from talking with other Roxbury Correctional Institution officer,

that officers would use force to retaliate against inmates.  Defendant **MAYO** understood that this

practice of using force to punish inmates was unlawful.

10.     On or about March 8-9, 2008, after initially walking away from the discussion about

assaulting inmate KD, defendant **MAYO** agreed to participate.  Defendant **MAYO** agreed after receiving a call from officer JK, who asked defendant **MAYO** to return to ASIA to join in an assault on inmate KD.

11.     Defendant **MAYO** then returned to ASIA, where he met supervisor LH and three other officers in preparation for the assault.

12.     On or about March 8-9, 2008, officer RR opened the door to inmate KD's cell, so that defendant **MAYO**, supervisor LH, and two other officers could walk inside and assault inmate KD.

13.     As defendant **MAYO** entered inmate KD's cell, officer JK punched inmate KD.

14.     Defendant **MAYO** grabbed and restrained inmate KD, as the other officers assaulted inmate KD.  Officers struck inmate KD with their hands and feet.  The force that defendant **MAYO** and the other officers used on inmate KD was unjustified and unlawful, and was intended to punish the inmate for his prior incident with a Roxbury Correctional Institution officer.  The officers' assault caused bodily injury to inmate KD.

18 U.S.C. § 371.

_February 19, 2013_
DATE

_Rod J. Rosenstein_
ROD J. ROSENSTEIN
United States Attorney
District of Maryland

THOMAS E. PEREZ
Assistant Attorney General
U.S. Department of Justice
Civil Rights Division